No. 9660. ROBERT O. MORRISON, Respondent, v. RUSSELL OLIVER, Employer, and LIBERTY NATIONAL INSURANCE COMPANY, Insurer, Appellant.

303 Pac. (2d) 413.

Decided Nov. 14, 1956.

*Floyd O. Small* and *Clayton R. Herron,* Helena, for appellant.
*Joseph M. Goldman* and *Lee Jordan,* Helena, for respondent.
Per Curiam.

The above named parties, acting by and through their counsel, having filed with the Clerk of this Court a written Stipulation and Praecipe for Dismissal of the Appeal herein; and on motion of Clayton R. Herron, attorney for the Appellant;

It is hereby ordered that the above entitled Appeal be and the same is, hereby dismissed with prejudice, and the respective parties to bear their own costs.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS, and BOTTOMLY, concur.